**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED:  _2/14/2022_____

---

BURNESTEEN DAVIS,

                        **Plaintiff,**

        -against-

HUNTINGTON'S DISEASE SOCIETY
OF AMERICA,

                        **Defendant(s).**

**22-CV-0618 (ALC)**

**ORDER OF SERVICE**

---

**ANDREW L. CARTER, JR., United States District Judge:**

Plaintiff, who is proceeding *pro se*, paid the filing fees to commence this action.

The Clerk of Court is directed to issue a summons as to Defendant Huntington's Disease

Society of America. Plaintiff is directed to serve the summons and complaint on Defendant

within 90 days of the issuance of the summons. If within those 90 days, Plaintiff has not either

served Defendant or requested an extension of time to do so, the Court may dismiss the claims

against Defendants under Rules 4 and 41 of the Federal Rules of Civil Procedure for failure to

prosecute.

The Clerk of Court is directed to mail a copy of this order to Plaintiff, together with an

information package.

**SO ORDERED.**

Dated:   **February 14, 2022**
         **New York, New York**

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**