```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __10/5/2022__
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BURNESTEEN DAVIS,

                Plaintiff,

-against-

HUNTINGTON'S DISEASE SOCIETY OF AMERICA,

                Defendant.

22-cv-618 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

It having been reported to the Court that this case has been or will be settled, it is hereby ORDERED that the above-captioned action is discontinued without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within thirty days.

**SO ORDERED.**

Dated:    October 5, 2022
             New York, New York

                                                _____
                                                ANDREW L. CARTER, JR.
                                                United States District Judge